# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| WILLIAM AND NATALIE HOFFMAN, HUSBAND AND WIFE | : | No. 70 WM 2019 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT AG (A/K/A BAVARIAN MOTOR WORKS AG OR BMW AG), BMW OF NORTH AMERICA, LLC AND P&W FOREIGN CAR SERVICE, INC., | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2019, the Applications for Leave to File a

Supplement are GRANTED, and the Petition for Extraordinary Relief are DENIED.